COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-168-CV

 

 

ALFRED
LEE STONE                                                             APPELLANT

 

                                                   V.

 

THE
JAMES V. ALLRED UNIT                                                   APPELLEE

 

                                               ----------

             FROM
THE 89TH DISTRICT COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Cause.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED: June 15, 2006











[1]See Tex. R. App. P. 47.4.